# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-300 (1) (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| BENJAMIN MICHAEL SAXTON, | |
| Defendant. | |

---

Jeffrey Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Robert Christensen, **ROBERT M. CHRISTENSEN, PLC,** 247 Third Avenue South, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the Defendant's motion to seal document. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant's motion to seal document [Docket No. 139] is **GRANTED**.

DATED: January 28, 2010  
at Minneapolis, Minnesota  

                                                ___ s/ John R. Tunheim____  
                                                JOHN R. TUNHEIM  
                                        United States District Judge