# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-300 (1) (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| BENJAMIN MICHAEL SAXTON, | |
| Defendant. | |

_____

Jeffrey Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Robert Christensen, **ROBERT M. CHRISTENSEN, PLC**, 247 Third Avenue South, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the Defendant's motion to file a document under seal. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant's motion to seal document [Docket No. 154] is **GRANTED**.

DATED: May 24, 2010
at Minneapolis, Minnesota         ____ s/ John R. Tunheim ____
                                         JOHN R. TUNHEIM
                                     United States District Judge